IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNET MEDIA INTERACTIVE CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIFEWAY FOODS, INC., <br><br> Defendant. | Case No.: 1:18-cv-07536 |

## NOTICE OF DISMISSAL OF DEFENDANT WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Internet Media Interactive Corp. hereby dismisses all claims in this action WITH PREJUDICE as to Defendant, with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 13, 2018

Respectfully submitted,

*/s/ Timothy J. Haller*
Timothy J. Haller
HALLER LAW PLLC
53 West Jackson Boulevard, Suite 1623
Chicago, IL 60604
Phone: (630) 336-4283
haller@haller-iplaw.com

*Attorney for Plaintiff,*
*Internet Media Interactive Corp.*